**Order issued July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01555-CR
No. 05-13-01556-CR
No. 05-13-01557-CR

**THOMAS MATTHEW COREA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

# O R D E R

Before Justices Bridges, Lang, and Schenck

Based on the Court's opinion of this date, we **GRANT** the March 2, 2015 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Thomas Matthew Corea, TDCJ No. 1892436, Ellis Unit, 1697 FM 980, Huntsville, Texas, 77343.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE